Form G5 (20240301_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  Case Number: 1801869
LUCIA L PAUL,  )
  )  Chapter: 7
  )
  )  Honorable Jacqueline Cox
  )
  )  SELECT IF OUTLYING AREA
Debtor(s)  )

ORDER GRANTING DEBTOR'S MOTION TO REOPEN CHAPTER 7 CASE TO DETERMINE
THE DISCHARGEABILITY OF A DEBT

This matter coming on to be heard on Debtor's Motion to Reopen Chapter 7 Case to Determine the Dischargeability of a Debt ("Motion to Reopen") pursuant to 11 U.S.C.350(b) and Fed. Bank. R. P. 4007 and 5010; due and proper notice having been given; and the Court otherwise being duly advised in the premises;

IT IS HEREBY ORDERED as follows:

1. The Motion to Reopen is granted and the above captioned bankruptcy case is reopened.

Enter:  *Jacqueline P. Cox*
J. Cox
United States Bankruptcy Judge

Dated: 11-5-24

Prepared by:

Kenneth L Neeley, Esq (N.D. Ill. No. 025899)
Neeley Law Firm
1120 S. Dobson Rd, 230
Chandler, AZ 85286
Tel: 480-802-4647
ecf@neeleylaw.com